# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# NORTHERN DISTRICT (Oakland)

| | |
|---|---|
| KARAMELION LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SERCOMM USA INC.,<br><br>　　　　Defendant. | Civil Action No. 4:19-cv-08451-JSW<br><br>[PROPOSED] ORDER RE:JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO RESCHEDULE CONFERENCE<br><br>Hon. Jeffrey S. White |

Plaintiff Karamelion LLC and Defendant Sercomm USA Inc. ("Sercomm") (collectively "the Parties") have filed a Joint Motion to extend Sercomm's time to respond to the Complaint until April 30, 2020; and to continue the Case Management Conference currently scheduled for April 24, 2020 until May 29, 2020, or a date thereafter; and to continue all requirements depending upon said Conference for a similar period of time. Having considered the motion, and good cause appearing for this requested extension and continuance, the Court GRANTS the request.

The new date and time for the Case Management Conference is May 29, 2020, at 11:00 am. The parties joint case management statement is due on May 22, 2020.

　　　　IT IS SO ORDERED.

Dated: March 27, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Jeffrey S. White
　　　　　　　　　　　　　　　　　　United States District Court Judge

---

PROPOSED ORDER RE: JOINT MOTION TO EXTEND TIME
Civil Action No. 4:19-cv-08451-JSW

- 1 -